**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Carolee A. King v. Donald Joseph Lyons

Appellate case number:  01-13-01089-CV

Trial court case number:  12-FD-2550

Trial court:            306th District Court of Galveston County

Appellant/cross-appellee Carolee A. King ("King") and appellee/cross-appellant Donald Joseph Lyons ("Lyons") filed an "Agreed, Joint Motion to Adopt Further Briefing Schedule and For Leave to Assert Cross-Points in Appellee's Brief" requesting that we modify the briefing schedule and allow the parties to file consolidated appeal/cross-appeal briefs. As noted in the motion, King filed her appellant brief on March 31, 2014. We **grant** the motion. Accordingly, we ORDER that the briefing schedule in this case is as follows:

- Lyons's consolidated appellee/cross-appellant brief is due on or before **June 9, 2014** (16,500 word limit).

- King's consolidated appellant reply/cross-appellee brief is due on or before **July 9, 2014** (14,000 word limit).

- Lyons's cross-appellant reply brief is due on or before **July 29, 2014** (7,000 word limit).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
          ☑ Acting individually     ☐ Acting for the Court

Date: June 12, 2014